IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES B. WYETH, solely in his capacity as the Executor of the Estate of Phyllis Mills Wyeth, | § § § § | No. 293, 2021 |
| Respondent Below, Appellant, | § § § | Court Below – Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2019-0690-JTL |
| JAMES PAUL MILLS JR. and MARY CHICHESTER MILLS ABEL-SMITH, | § § § § § | |
| Respondents Below, Appellees, | § § § | |
| and | § § | |
| WILMINGTON TRUST COMPANY, as Trustee of the A. FELIX DU PONT Trust dated December 28, 1934, Trust No. 2108 f/b/o Phyllis Mills Wyeth, | § § § § § § | |
| Petitioner Below, Appellee. | § § § | |

Submitted: March 2, 2022
Decided: March 7, 2022

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 7th day of March, 2022, after careful consideration of all the briefs and the record on appeal, and after oral argument, we find it evident that the judgment

of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the June 25, 2021 memorandum opinion and the August 17, 2021 final order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice